IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RICHARD A. ETHERIDGE,** | ) |
| | ) Case No. 1:22-cv-03401 |
| Plaintiff, | ) |
| | ) Hon. Judge Jeremy C. Daniel |
| v. | ) |
| | ) |
| **MIDLAND PAPER SUPPLIES AND PACKING COMPANY, DERRICK ANTONIO, and JIM EVANS,** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Richard Etheridge's response brief to Defendants Midland Paper Company's (erroneously named as "Midland Paper Supplies and Packaging Company") and Jim Evans's (collectively, "Defendants") Rule 12(b)(6) Motion to Dismiss the Amended Complaint was due on July 23, 2024. Plaintiff has not yet filed a response brief. Accordingly, for all of the reasons stated in Defendants' Memorandum in Support of their Motion to Dismiss the Amended Complaint (*see* ECF No. 49), Defendants respectfully request that the Court dismiss Plaintiff's Amended Complaint in its entirety.

Dated: July 30, 2024

Respectfully Submitted,

MIDLAND PAPER COMPANY

By: /s/ Kara E. Cooper
Kara E. Cooper

Derek G. Barella
Kara E. Cooper
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600

dbarella@winston.com
kecooper@winston.com

*Counsel for Defendant Midland Paper Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July 2024, I mailed a copy of the foregoing to Plaintiff via FedEx at the following address:

Richard A. Etheridge<br>
2828 North Sacramento Ave<br>
Chicago, IL 60618

/s/ Kara E. Cooper